FILED

2008 MAY 22 P 3:37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | DOCKET NO. 3:95CR98 (AHN) |
| JOSEPH GALL | : | |

## ORDER

Interested Parties National Council on Compensation Insurance, American International Group, and American Policyholders Insurance Company having filed a Motion for Examination of Judgment Debtor and for a Hearing on Judgment Debtor's Ability to Pay Judgment and Make Restitution, it is hereby:

ORDERED that the Defendant, Joseph Gall, appear before the District Court in Courtroom ~~Room Number~~ 3 at Bridgeport, Connecticut on the 19th day of June, 2008, at 2 ~~AM~~/PM, and then and there be examined under oath concerning his assets and his ability to pay the judgment and make restitution to the Interested Parties, the victims identified in the Restitution Order entered by this Court against the Defendant. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment and enforcement of the Restitution Order.

It is further ORDERED that the Defendant bring with him and produce at the hearing all documents sought by the Request for Production served by the United States Attorney on or about September 22, 2005, as well as a completed copy of the financial

statement attached hereto as Exhibit A to facilitate the Court's examination of the Defendant.

It is further ORDERED that counsel for the Interested Parties serve on the Defendant a copy of this Order together with the attached notice of deposition (Exhibit B), no later than ten (10) days before the date on which the Court has scheduled the examination under oath.

It is further ORDERED that, upon completion of the examination of the Defendant under oath and before the judicial authority, that this Court shall impose payment of the outstanding restitution obligation as a special condition of the Defendant's supervised release from prison and that this Court shall determine the amount of monthly payments the Defendant must make to the Interested Parties.

The Defendant is advised that failure to appear before the Court at the scheduled time and place and to produce the aforementioned documents as ordered above, may subject the Defendant to being held in contempt of court and result in the issuance of a *capias* for the Defendant's arrest.

Dated this 21st day of May, 2008, at Bridgeport, Connecticut.

/s/ Alan H. Nevas
Alan H. Nevas
United States District Judge